Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal
*Attorneys for National Collegiate Student Loan Trust 2006-3*

Raymond Patenaude, Esq. (SBN 128855)
PATENAUDE & FELIX, APC
4545 Murphy Canyon Rd., 3rd Floor
San Diego, CA  92123
Tel:   858/244-7600
Fax:  858/836-0318
rayp@pandf.us
*Attorney for Bleier & Cox, APC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HORN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>     vs.<br><br>BLEIER & COX, APC; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: **'18CV0335 MMA NLS**<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

Notice of Removal of Action

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendants Bleier & Cox, APC ("B&C") and National Collegiate Student Loan Trust 2006-3 ("NCSLT") (collectively "Defendants") hereby jointly remove to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et. seq.*

2. On or about January 3, 2018 the action was commenced in the Superior Court of the State of California, County of San Diego, entitled, *Tracy Horn, et al. v. Bleier & Cox, APC; National Collegiate Student Loan Trust 2006-3, et al.* Case No. 37-2018-00000378-CU-MC-CTL (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which B&C first received a copy of the said Complaint was January 11, 2018, when B&C was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Southern District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Southern District of California embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).


6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 2/12/18       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                     */s/Damian P. Richard*
                     Damian P. Richard
                     Attorney for Defendant
                     National Collegiate Student Loan Trust 2006-3

Dated: 2/12/18       PATENAUDE & FELIX, APC
                     */s/Raymond Patenaude*
                     Raymond Patenaude
                     Attorney for Defendant
                     Bleier & Cox, APC