# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HORN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BLEIER & COX, APC,<br><br>          Defendant. | Case No.: 18cv335-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS**<br><br>[Doc. No. 12] |

On May 10, 2018, the parties filed a joint motion to dismiss this action with prejudice as to the named Plaintiff Tracy Horn, and without prejudice as to the putative class. *See* Doc. No. 12. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice as to Plaintiff Tracy Horn, and without prejudice as to the putative class. Each party must bear its own costs and fees. The Clerk of Court is instructed close the case.

**IT IS SO ORDERED.**

Dated: May 11, 2018

                HON. MICHAEL M. ANELLO
                United States District Judge